UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10020-RWZ

UNITED STATES OF AMERICA

v.

MICHAEL HOWARD

**FURTHER ORDER ON EXCLUDABLE TIME**

April 21, 2004

DEIN, M.J.

An Initial Status Conference was scheduled before this Court for April 14, 2004. The parties have requested a continuance due to a scheduling conflict. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 14, 2004 - April 26, 2004

that being the time between the Initial Status Conference as originally scheduled and the rescheduled Initial Status Conference.

**The Initial Status Conference has been rescheduled for April 26, 2004 at 11:00 A.M. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods**

of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.

                                       / s / Judith Gail Dein
                                       JUDITH GAIL DEIN
                                       United States Magistrate Judge