# ROBERT A. GEORGE
## AND ASSOCIATES, P.C.
*Counsellors at Law*

138 NEWBURY STREET
SUITE THREE
BOSTON, MASSACHUSETTS 02116
TELEPHONE 617-262-6900   FAX 617-262-0046
E-MAIL RGEORGELAW@AOL.COM

ROBERT A. GEORGE

SUSAN JACOBSON
ADMINISTRATOR

SUBURBAN OFFICE
30 EASTBROOK ROAD
DEDHAM, MASSACHUSETTS 02026
TELEPHONE 781-326-2600

OF COUNSEL

KEITH J. NICHOLSON
CHRISTOPHER M. TARRANT
JOSEPH E. RIZZO
ROBERT N. LAJNIE
PAUL V. MARINO
STEPHEN T. DAVID

April 14, 2004

Thomas F. Quinn
Clerk to Magistrate Judith G. Dein
United States District Court
Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts  02210

**VIA FACSIMILE TO 617-748-4585**

Re:  **United States of America v. Michael Howard**
     **Docket Number  04-10020-RWZ**

Dear Mr. Quinn:

By agreement of the parties, I am asking that the status conference in the aforementioned matter, now scheduled for April 14, 2004 at 11 a.m., be rescheduled to Monday, April 26, 2004 at the same time, with the days between today and the new date excluded from the Speedy trial calculation in this case.

Thank you for your time and consideration.  If any other paperwork is required by the Court, please let me know.

Very Truly Yours,

Robert A. George

RAG/sj