UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10020-RWZ |
| ) | |
| v. ) | |
| ) | |
| MICHAEL HOWARD ) | |

### JOINT MOTION TO EXCLUDE TIME

In Orders dated March 3, 2004 and April 21, 2004, the Court excluded time under the Speedy Trial Act, for the twenty-eight days after the arraignment of this matter, namely from March 3 to March 31, 2004, and the twelve days between the Initial Status Conference as initially scheduled, April 14, and the date it was actually held, April 26, 2004, respectively.

In addition, the parties jointly ask the Court to exclude the following periods of time:

1. The 14 days from the end of the first excluded period, March 31, 2004, to the date of the Inital Status Conference as originally scheduled, April 14, 2004.

2. The time from the Initial Status Conference, April 26, 2004 through the date of the interim status conference.

In support of this request, the parties state that under 18 U.S.C. § 3161(h)(8)(A), the exclusion of these periods would serve the ends of justice because allowing time for the defendant to review the discovery material and to assess the merits of his case, including whether any motions ought to be filed, outweigh the defendant's and the public's interest in a speedy trial.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney<br><br>By: /s/ Jonathan F. Mitchell<br>Jonathan F. Mitchell<br>Assistant U.S. Attorney | Robert George, Esq.<br>Counsel for Michael Howard<br><br>/s/ Robert George<br>138 Newbury Street, Suite 3<br>Boston, MA 02116 |

Dated: April 22, 2004