UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10020-RWZ

UNITED STATES OF AMERICA

v.

MICHAEL HOWARD

**FURTHER ORDER ON EXCLUDABLE TIME**

April 26, 2004

DEIN, M.J.

An Initial Status Conference was held before this court on April 26, 2004. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 31, 2004 - April 14, 2004;
and April 26, 2004 - July 1, 2004,

that being the period during which the defendant was reviewing documents and the period between the Initial Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated March 3, 2004 and April 21, 2004, the parties' Joint Motion to Exclude Time, and this order, at the time of the Final Status Conference on July 1, 2004, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

                                    / s / Judith Gail Dein
                                    JUDITH GAIL DEIN

                                 United States Magistrate Judge