UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10020-RWZ

UNITED STATES OF AMERICA

v.

MICHAEL HOWARD

**NOTICE OF RESCHEDULED STATUS CONFERENCE**

PLEASE TAKE NOTICE THAT the status conference originally scheduled for July 1, 2004, has been continued to Tuesday, July 6, 2004 at 10:30 a.m. The parties' Joint Memorandum shall be filed prior to the conference.

TONY ANASTAS,
CLERK OF COURT


/ s / Jolyne D'Ambrosio
Deputy Clerk

DATED: July 1, 2004