UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10020-RWZ

UNITED STATES OF AMERICA

v.

MICHAEL HOWARD

## NOTICE OF RESCHEDULED STATUS CONFERENCE

PLEASE TAKE NOTICE THAT the status conference presently scheduled for

July 6, 2004, has been continued to Tuesday, July 13, 2004 at 10:30 a.m.  The parties'

Joint Memorandum shall be filed prior to the conference.

TONY ANASTAS,
CLERK OF COURT

/ s / Jolyne D'Ambrosio
Deputy Clerk

DATED:  July 2, 2004