UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10020-RWZ

UNITED STATES OF AMERICA

v.

MICHAEL HOWARD

**FURTHER ORDER ON EXCLUDABLE TIME**

July 13, 2004

DEIN, M.J.

An Interim Status Conference, originally scheduled for July 1, 2004, was held before this court on July 13, 2004. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

July 1, 2004 - September 8, 2004

that being the period between the originally scheduled Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated March 3, 2004, April 21, 2004, April 26, 2004, the parties' Joint Motion to Exclude Time, and this order, at the time of the Final Status Conference on September 8, 2004, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN

                                            United States Magistrate Judge