UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10020-RWZ

UNITED STATES OF AMERICA

v.

MICHAEL HOWARD

**FURTHER ORDER ON EXCLUDABLE TIME**

September 8, 2004

DEIN, M.J.

An Interim Status Conference was held before this court on September 8, 2004. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

September 8, 2004 - September 30, 2004

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated March 3, 2004, April 21, 2004, April 26, 2004, July 13, 2004, the parties' Joint Motion to Exclude Time, and this order, at the time of the Final Status Conference on September 30, 2004, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge