UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10020-RWZ |
| ) | |
| v. ) | |
| ) | |
| MICHAEL HOWARD ) | |

## MEMORANDUM FOR FINAL STATUS CONFERENCE

The government submits this memorandum addressing the issues set out in Local Rule 116.5(C) ("Final Status Conference"). As a threshold matter, on September 22, the grand jury returned a superceding indictment in this matter. The defendant has yet to be arraigned on the new indictment.

(1)   Outstanding Discovery Issues:

The government does not intend to seek relief from the Court on any discovery issue.

(2)   Additional Discovery:

On March 15, 2004, the government provided automatic discovery in the form of a letter to his counsel which invited him to review the large volume of discoverable materials at the U.S. Attorney's Office at his convenience, some of which the government has produced directly to the defense counsel.

(3)   Insanity Defense:

The government understands that the defendant will not raise an insanity defense.

(4) <u>Alibi Defense</u>:

The government has not requested notice of an alibi defense from the defendant.

(5) <u>Suppression Motions</u>:

The government understands that the defendant does not intend to file any suppression motions.

(6) <u>Schedules Other Than Trial</u>:

The government does not request any scheduling other than for trial.

(7) <u>Settlement Discussions</u>:

On several occasions, both prior to and after indictment, the government has extended plea offers to the defendant, each of which he has rejected.

(8) <u>Speedy Trial Act</u>

All time has been excluded from arraignment through to date.

(9) <u>Trial Length</u>

The government estimate that trial of this matter will be one week.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: September 29, 2004

By: _____
Jonathan F. Mitchell
Assistant U.S. Attorney

Assistant U.S. Attorney