UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10020-RWZ

UNITED STATES OF AMERICA

v.

MICHAEL HOWARD

**FINAL STATUS REPORT**

October 19, 2004

DEIN, M.J.

A Final Status Conference was held before this court on Tuesday, October 19, 2004, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary.

2. Discovery is completed at this time.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendant may file dispositive motions. All dispositive motions must be filed by November 17, 2004.

5. Based upon the prior orders of the court dated March 3, 2004, April 21, 2004, April 26, 2004, July 13, 2004, September 8, 2004, and the order entered on this date, as of November 17, 2004, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried. The court has, on this date, entered a Further Order on Excludable Time excluding the period through November 17, 2004 to enable the defendant time to prepare his motion. The pendency of any motion shall result in further time being excluded under the Speedy Trial Act.

6. It is estimated that if the case goes to trial, the trial will last approximately one week.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

      / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge