Michael F Howard....................................7131 Mission Hills Drive

Las Vegas, Nevada 89113

August 7, 2007

Honorable Rya Zobel
United States District Court
One Courthouse Way
Boston, Massachusetts 02110

Re.: Michael F Howard – NO.04–CR–10020–RWZ

Honorable Judge Zobel:

Thank you for the recent endorsed ORDER to Alter Judgment. I am writing to you to plead for your consideration regarding my 'home–confinement'. After numerous requests to Bob George who has been in many trials, in advance I apologize for this protocol.

In exhausting all avenues, I have enclosed for your review the following documents:

1. Criminal Docket  – Judgment Order  29
2. Motion to Modify – Robert A George (February 24, 2007)
3. Endorsed Order – 33 Entered 03/23/2007
4. Motion Needed – Robert A George (July 23, 2007)
5. Home Confinement Program – Participant Agreement (January 4, 2007)

Thank you for spending your valuable time to read my concerns.

Sincerely,

Michael F Howard