UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10020-RWZ |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| MICHAEL HOWARD | ) |  |
|  | ) |  |

GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION TO RELEASE COMPONENT OF DEFENDANT'S TERMS OF JUDGMENT
REQUIRING HOME CONFINEMENT

The government hereby opposes the defendant's "Motion to Release Component of Defendant's Terms of Judgment Requiring Home Confinement" (sic), which requests that the court modify the conditions of his supervised release, on the grounds that effective July 16, 2007, this Court transferred jurisdiction over the defendant to the District of Nevada pursuant to 18 U.S.C. 3605. The defendant, who lives in Las Vegas, must seek relief from the district court there.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney


By:   /s/ Jonathan F. Mitchell
      Jonathan F. Mitchell
      Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    Michael Howard
    7131 Mission Hills Drive
    Las Vegas, NV 89113

This 7th day of September, 2007.

                          /s/ Jonathan F. Mitchell
                          JONATHAN F. MITCHELL
                          ASSISTANT UNITED STATES ATTORNEY